# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 27, 2019

158111

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

PEOPLE OF THE STATE OF MICHIGAN,
   Plaintiff-Appellee,

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

v

             SC: 158111
             COA: 343930
             Tuscola CC: 17-014109-FC

RAYMOND COREY SNOVER,
   Defendant-Appellant.

_____/

   On order of the Court, the application for leave to appeal the July 3, 2018 order of the Court of Appeals is considered and, pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we REMAND this case to the Court of Appeals for consideration as on leave granted.



   I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 27, 2019



             Clerk

t0320